UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LACEY SIVAK,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DAVID NYE,<br><br>　　　　　Defendant. | Case No. 1:21-cv-00278-MDH<br><br>ORDER OF DISMISSAL |

**ORDER**

Before the Court is its own Show Cause Order (Doc. 19). Plaintiff filed his pro se Complaint against Defendant on July 1, 2021. Plaintiff filed an emergency motion for a preliminary injunction on July 22, 2021, which the Court denied on July 29, 2021. (Doc. 8). Plaintiff subsequently filed a Notice of Appeal (Doc. 13) on September 3, 2021. The United States Court of Appeals for the Ninth Circuit dismissed Plaintiff's appeal on November 8, 2021. At that time, Plaintiff still had not served or attempted to serve Defendant. Federal Rule of Civil Procedure 4(m) required Plaintiff to serve his Complaint on Defendant within 90 days of filing the Complaint. Considering the Complaint was filed on July 1, 2021, Rule 4(m) required service on or before September 29, 2021.

On December 21, 2021, this Court ordered Plaintiff to show cause as to why this case should not be dismissed for failure to effect service. Plaintiff did not file any response to the Court. Where proper service is not made within 90 days of filing a complaint, an action is subject to sua sponte dismissal, without prejudice. Fed.R.Civ.P. 4(m). However, dismissal is not proper "if the plaintiff

1

2

shows good cause for the failure" to properly effect service and a court should extend the time to serve the defendant. *Id*. Plaintiff has failed to effect service well beyond the time limit prescribed by Rule 4(m). Moreover, Plaintiff has failed to show good cause as to why he has not served Defendant or why this case should not be dismissed. It is hereby ordered that the above-captioned case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: February 1, 2022                     */s/ Douglas Harpool*
                                            **DOUGLAS HARPOOL**
                                            **United States District Judge**